RECEIVED
NOV 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court of the United States
District of Columbia
(captioned pursuant to Mookini v. United States, 303 U.S. 201))
(Article III court of law)

Lawrence La Spina
    Petitioner

Docket No. 1:06cv01772 *RJL*

v.

Certified Mail No.
7004 2890 0003 7088 7960

United States of America
    Respondent
_____/

**Notice of Change of Address for Petitioner**

---

Petitioner, Lawrence La Spina, having completed his term of imprisonment as of December 5, 2006, provides this court with a new mailing address for all correspondence as follows:

    New Address:  Lawrence La Spina
                         5201 SW 31st Avenue
                         Villa # 187
                         Fort Lauderdale, Florida
                         33312

Between now and December 5, 2006, the new address can also be used and any mail sent to it will immediately be forwarded to this petitioner's present location at the F.C.I. in Yazoo City. Thank you in advance for your attention in this matter.

                                                Respectfully,

                                                *[signature]*
                                                Lawrence La Spina/82781-054
                                                PO Box 5000, Unit 2BU
                                                Yazoo City, Miss. 39194