**District Court of the United States**
**District of Columbia**
(captioned pursuant to Mookini v. United States, 303 U.S. 201))
(Article III court of law)

Lawrence La Spina                               Docket No. 06-cv-1772 (RJL)

v.                                                      **RECEIVED**

                                                        APR 0 9 2007

United States of America                        NANCY MAYER WHITTINGTON, CLERK
                                                        U.S. DISTRICT COURT

---

**Reply To Court's March 6th, 2007 Show Cause Order**

---

   Lawrence La Spina, Petitioner, herein in his proper person, informs this court of the following:

   Petitioner was released from incarceration on December 4, 2006 and has received no reply correspondence from the Government. Petitioner did send a Certificate of Service to this Court, under separate cover back on October of 2006, stating that he sent a copy of the motion to the United State Attorney in Washington DC via 1st class mail.

   Petitioner herein has enclosed a duplicate Certificate of Service for this Court's records and will, once again send a copy of the motion to the government with a new Certificate of Service as well. Hopefully, this will satisfy the Court's requirements.

   Sworn to as all facts being true this 5th day of April 2007.

                                       By _____
                                          Lawrence La Spina
                                          5201 SW 31st Ave - #187
                                          Fort Lauderdale, Florida 33312

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th, 2007, I mailed a true and exact copy of the

"**Independent Action Brought to Vacate Void Judgment Due to Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 60(b) (4)**"

to the following:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Via first-class mail delivered by the United States Postal Service.

Respectfully submitted.,

*[signature]*
Lawrence La Spina

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th, 2007, I mailed a true and exact copy of the

"Reply to Court's March 6th, 2007 Show Cause Order"

to the following:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Via first-class mail delivered by the United States Postal Service.

Respectfully submitted.,

/s/ Lawrence La Spina

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2006, I mailed a true and exact copy of the

**"Independent Action Brought to Vacate Void Judgment Due to Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 60(b) (4) "**

via first class mail to the United States Attorney In Washington DC, located at:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

By: *[signature]*
Lawrence La Spina

*Exhibit 1*