**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LAWRENCE LA SPINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 06cv1772 (RJL) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**
(April 17, 2007)

Plaintiff filed the present action on October 16, 2006. There is no evidence in the record or the docket that plaintiff ever served the defendant with a summons or a copy of the complaint. On March 7, 2007, the Court ordered the plaintiff to show cause within 30 days of the Order why this action should not be dismissed for failure to prosecute. LCvR 83.23. Although the plaintiff responded to the Court's order on April 9, 2007, he has not provided proof of service or explained his failure to do so.[1] Accordingly, this action is dismissed without prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

---

[1] Mr. La Spina claims to have mailed a copy of his complaint to the United States Attorney's Office for the District of Columbia via First Class Mail and has submitted a "certificate of service" attesting to the same and signed by himself. However, summons have not been issued and plaintiff has failed to offer proof of receipt of the complaint by the Government.